AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GLENN McDONALD,

                  Plaintiff,

          v.

INGEBRITSON & ASSOCIATES, P.A.,

                  Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-425-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that per the parties' Stipulation for Dismissal, the Complaint, and the claims therein, are dismissed with prejudice and without costs or attorneys fees to any party.

August 30, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Linda Emerson  
*(By) Deputy Clerk*  
Linda Emerson