UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENN MCDONALD,<br><br>                    Plaintiff,<br><br>     vs.<br><br>INGEBRITSON & ASSOCIATES, P.A.,<br><br>                    Defendant. | NO. CV-11-00425-JLQ<br><br>ORDER DENYING MOTION FOR ENTRY OF JUDGMENT AS MOOT |

BEFORE THE COURT is Plaintiff's Notice of Withdrawal (ECF No. 33) of his Motion for Entry of Judgment by Confession (ECF No. 29). Plaintiff filed the Motion on February 4, 2016. On February 22, 2016, this court issued an Order raising concerns as to the court's jurisdiction. In response, Plaintiff has chosen to withdraw the Motion.

**IT IS HEREBY ORDERED:**

The Motion is withdrawn, and there is no longer a request for relief before the court. Accordingly, the Motion (ECF No. 29) is **DENIED AS MOOT**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 1st day of March, 2016.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1